Roger Lee DEAL, Sr., Plaintiff–Appellant,

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTIONS; Nurse Stevens; Sergeant Triplett; Inmate, Defendants–Appellees.**

No. 13–7492.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 24, 2014.

Roger Lee Deal, Sr., Appellant Pro Se. Kimberly D. Grande, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

in the time period set forth in that rule.

PER CURIAM:

Roger Lee Deal, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Deal v. N.C. Dep't of Corrs.*, No. 3:12–cv–00364–RJC, 2013 WL 4782624 (W.D.N.C. Sept. 6, 2013). We deny Deal's motion to appoint a mediator, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*